## CITY OF TUSCALOOSA v. BLAIR.

(Decided November 23, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

BROWN & WARD, for appellant.    CLARKSON & MORISETTE, for appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.